# EXHIBIT 2

January 1972 letter from Monsanto to GE

A. Pozelsky
R. Boudreau
J. Lichello

**Monsanto**

JAN 5 1972

PURCHASING

MONSANTO INDUSTRIAL CHEMICALS CO.
800 N. Lindbergh Boulevard
St. Louis, Missouri 63166
Phone: (314) 694-1000

January 3, 1972

General Electric Company
Attention Kenneth Rice
John Street
Hudson Falls, New York 12839

Gentlemen:

As we have previously notified you by way of correspondence since early 1970, the material described on the attached acknowledgement of your order contains polychlorinated biphenyls (PCB). Polychlorinated biphenyls are highly stable chemical compounds and are not readily biodegradable. Therefore, when placed in the environment they may be considered contaminants and may adversely affect some species of animal and marine life.

You must take every precaution to prevent any entry of polychlorinated biphenyls into the environment through spills, usage, leakage, disposal, vaporization or otherwise.

This material should not be used by you or your customer in equipment, packaging materials or products involved in the processing, handling, or storage of food, food related products, animal feeds, food wrapping or container materials, potable waters or pharmaceuticals.

Very truly yours,

Howard S. Bergen, Jr.
Director
Specialty Products Group

/jf

Attachment

a unit of Monsanto Company

EXHIBIT 16