# EXHIBIT 6

June 22, 1995 letter from DEC to GE

**New York State Department of Environmental Conservation**
Region 5 Office of Legal Affairs
Malcolm A. Coutant, Regional Attorney
Route 86 - PO Box 296
Ray Brook, NY 12977-0296
(518) 897-1227
(518) 897-1394 (Fax)

Steven L. Brewer, Asst. Regional Attorney
Paul Van Cott, Asst. Regional Attorney



Michael D. Zagata
Commissioner

June 22, 1995

John G. Haggard, Engineering Project Manager
General Electric - Corporate Environmental Programs
1 Computer Drive South
Albany, New York   12205

   RE: Luzerne Road Site - Removal Action

Dear Mr. Haggard:

   Please be advised that the Department intends to hire a stand-by contractor to undertake a removal action at the inactive hazardous waste disposal site known as the Luzerne Road Site (Site Code #557010). The removal action will consist of pumping out groundwater containing PCB-contaminated leachate from the site and properly disposing of that waste. The action is necessary because the Department has determined that the leachate may be entering local groundwater. It is anticipated that work in furtherance of this removal action will commence shortly after June 26, 1995. The Department has spent, and anticipates spending public funds in furtherance of this removal action.

   It is my understanding that Department staff have previously advised you of this planned removal action, and that GE has been offered the opportunity to undertake it. It is my further understanding that during a telephone conversation on June 16, 1995, you indicated to Department staff that GE would decide by June 26, 1995 whether or not to undertake the planned removal action and would advise the Department of its decision by that date.

   General Electric Company ("GE") has been identified as being potentially responsible for the disposal of the PCBs which are contained at this site. This letter will serve to formally notify GE of the Department's intended course of action, should GE decide not to undertake the work itself, and to advise GE that the Department may seek to recover all of its costs related to this removal action from GE.

Please do not hesitate to contact me if you have any questions in this regard.

Sincerely,

Paul Van Cott